ADAM KARR (S.B. #212288)
akarr@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, California 90071-2811
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

K. LEE BLALACK II (*pro hac vice*)
lblalack@omm.com
MEAGHAN VERGOW (*pro hac vice*)
mvergow@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

NATASHA W. TELEANU (*pro hac vice*)
nteleanu@omm.com
JENNIFER SOKOLER (*pro hac vice*)
jsokoler@omm.com
ANTON METLITSKY (*pro hac vice*)
ametlitsky@omm.com
O'MELVENY & MYERS LLP
1301 Avenue of the Americas, Suite 1700
New York, New York 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

*Attorneys for Defendant*
*The Regents of the University of California*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

REGENTS OF THE UNIVERSITY OF CALIFORNIA,

Defendant.

Case No. 2:26-cv-05589-CAS-AS

**DECLARATION OF JULIO FRENK IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE UNITED STATES' COMPLAINT**

Judge: Hon. Christina A. Snyder
Courtroom: 8D
Hearing: January 25, 2027, 10:00 a.m.

I, Julio Frenk, declare as follows:

1. This declaration is submitted in support of Defendant's Motion to Dismiss the United States' Complaint. I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify hereto.

2. I am the Chancellor of the University of California, Los Angeles ("UCLA" or the "University"). My first week on the job was January 6, 2025. I succeeded Chancellor Emeritus Gene Block. Darnell Hunt served as interim chancellor in between Chancellor Block and me.

3. As Chancellor, I develop and oversee the vision and strategic priorities for UCLA, ensuring that it can effectively carry out its mission of education, research, and public service. In addition to serving as Chancellor of UCLA, I hold an appointment as distinguished professor in the Department of Health Policy and Management within the UCLA Fielding School of Public Health.

4. Prior to joining UCLA, I served as President of the University of Miami from 2015 to 2024, where I was also a tenured faculty member. From 2009 to 2015, I was the dean of the Harvard T. H. Chan School of Public Health and the T&G Angelopoulos Professor of Public Health and International Development, a joint appointment with the Harvard Kennedy School of Government. Earlier in my career, I served as the federal Secretary of Health of Mexico and the founding director-general of the National Institute of Public Health in Mexico.

5. I hold a medical degree from the National University of Mexico and a master of public health and a joint Ph.D. in medical care organization and in sociology from the University of Michigan. Additional information about my professional and academic experiences is in my curriculum vitae, a true and correct copy of the most up-to-date version of which is attached as **Exhibit 1**.

## I. Personal Commitment to Combating Antisemitism

6. As a fourth-generation physician whose paternal grandparents fled Germany in the early 1930s to build a new life in Mexico, and the husband of Dr.

Felicia Marie Knaul—who is the daughter of a Holocaust survivor—I see myself as a bridge builder. Through my work in academia and public policy, I have endeavored to connect knowledge and action in service of the common good. I continue to be motivated by that ethos as Chancellor at UCLA.

7. As I said in a statement issued on May 26, 2026, a true and correct copy of which is attached as **Exhibit 2**, the suggestion that UCLA has been passive in the face of antisemitism is simply wrong. Combating antisemitism is a moral imperative—one rooted, for me, in personal history that makes indifference unthinkable. UCLA has taken numerous concrete actions to combat antisemitism, chief among them establishing the Initiative to Combat Antisemitism, as described below.

8. Indeed, in the first message that I sent to the UCLA community as Chancellor on January 7, 2025, I made clear that I would prioritize fostering a welcoming and inclusive academic environment that also safeguards free expression. A true and correct copy of my January 7, 2025 statement is attached as **Exhibit 3**.

**II. Initiative to Combat Antisemitism**

9. On March 10, 2025, I announced the establishment of UCLA's Initiative to Combat Antisemitism (the "Initiative"), which I am directly overseeing. As part of the Initiative, Distinguished Professor Stuart Gabriel of the UCLA Anderson School of Management is leading an action group that has brought together members of the UCLA community and civic leaders from diverse backgrounds, faiths, and perspectives. Since it was convened, the action group has worked with administrators across the University—including the Associate Vice Chancellor for Campus and Community Safety and the Assistant Vice Chancellor for Civil Rights—to enhance antisemitism training and education, improve the University's discrimination reporting system, and strengthen enforcement of the University's Time, Place and Manner Policies. The Initiative builds on the recommendations of the earlier Task Force to Combat Antisemitism and Anti-Israeli Bias, which was also chaired by

Professor Gabriel. A true and correct copy of my March 10, 2025 announcement is attached as **Exhibit 4**.

10. In May 2026, I charged three working groups to effectuate the recommendations provided in the report prepared by the Initiative. Leora Freedman, Assistant Vice Chancellor for Civil Rights, will lead a working group focused on the University's discrimination complaint reporting and response systems. Steve Lurie, Associate Vice Chancellor for Campus and Community Safety, will lead a working group focused on the University's Time, Place and Manner Policies governing expressive activity and on-campus events. And Eric Wells, Associate Vice Provost for Teaching and Learning, will lead a working group focused on antisemitism education, training, and related academic initiatives. I have requested that each working group carefully review the Initiative Report, identify the recommendations most relevant to its respective area of responsibility, and develop a plan for implementation and sustained progress.

**III. Additional Actions Taken to Address Antisemitism**

11. Beyond the Initiative, I have taken a series of additional steps since arriving on campus to address antisemitism and to signal UCLA's commitment to its Jewish and Israeli communities. Below is a sampling of some of the key actions:

a. From February to May 2025, I met with 29 schools and units and more than 5,000 faculty, staff, students, and alumni to hear concerns about campus climate, including rising antisemitism. This direct engagement with our community has informed my efforts to strengthen and expand the University's preexisting work to combat antisemitism and to foster an inclusive campus environment while preserving freedom of expression and academic freedom. A true and correct copy of my April 28, 2025 reflection on this exercise is attached as **Exhibit 5**.

b. In February 2025, I appointed Steve Lurie to succeed Rick Braziel

as UCLA's Associate Vice Chancellor for Campus and Community Safety. Steve is not only a former commander for the Los Angeles Police Department, but was also the police department liaison for Los Angeles's Jewish community. He also gained extensive experience managing large-scale protests as a citywide incident management team leader. I was confident that his depth and breadth of expertise could help make UCLA a safer campus for all.

c. On February 12, 2025, I issued a public statement in response to the reported harassment of University of California Regent Jay Sures on February 5 by two UCLA student organizations, Students for Justice in Palestine ("SJP") and Graduate Students for Justice in Palestine ("GSJP"). In that statement, I confirmed that both groups were issued interim suspensions based on the Office of Student Conduct's initial review of reports about the incident. A true and correct copy of my February 12, 2025 statement is attached as **Exhibit 6**. Subsequently, UCLA indefinitely revoked the student group status of SJP; to be clear, SJP is no longer permitted to function as a registered student group at UCLA.

d. Supporting our Jewish and Israeli community members through open communication and engagement remains one of my top priorities. Since I arrived at UCLA, I have demonstrated this commitment by participating in many significant events for the community, including:

    i. On October 9, 2025, I delivered remarks at the Nazarian Center Welcome Reception, which praised the work of the Nazarian Center in addressing complex issues, combating

fear, hate and dehumanization, and promoting respectful dialogue, both on campus and beyond.

ii. On January 25, 2026, I delivered welcome remarks at a program called "Celebration of Jewish Resilience," discussed Jewish pride and resilience, and highlighted Hillel as a partner in UCLA's work to combat antisemitism. Stuart Gabriel and California Assemblymember Jesse Gabriel were honored at this event.

iii. On January 27, 2026, International Holocaust Remembrance Day, I issued a video statement denouncing antisemitism on UCLA's campus.

iv. On April 13, 2026, I attended an event sponsored by the David Geffen School of Medicine and moderated by my partner, Dr. Felicia Marie Knaul, on the findings of The Lancet's Commission on Medicine, Nazism, and the Holocaust.

v. On April 14, 2026, I was privileged to attend an event sponsored by UCLA's Hillel featuring as a speaker Omer Shem Tov, who survived 505 days being held as a hostage by Hamas.

vi. Recently, on June 6, 2026, I joined Rabbi David Wolpe at Sinai Temple for an event titled "Navigating Jewish Life on Campus in 2026" to discuss issues of concern to the Jewish community.

vii. Over the summer, a handful of UCLA students traveled to Israel for ten days and returned equipped to support their Jewish peers on campus. On July 31, 2026, I made a

> statement acknowledging these students' commitment to engage across differences and their contributions to fostering a campus where all of our students feel safe and supported.

I look forward to my continued relationship with UCLA's robust Jewish community and I am proud of the progress our campus has made.

## IV. External Recognition

12. Earlier this year, the Anti-Defamation League ("ADL") released its Campus Antisemitism Report Card. The ADL's evaluation attempts to address how institutions of higher education address antisemitism through policy and practice and rates schools based on a structured review of publicly available information, institutional materials, and input from universities. The ADL upgraded UCLA's score from an "F" in 2024, to a "D" in 2025, to a "B" in 2026. A true and correct copy of my March 10, 2026 statement is attached as **Exhibit 7**. UCLA outpaced nearly half of all reviewed campuses and established itself within the ADL's upper echelon of graded universities. The ADL's evaluation recognizes the many efforts and actions UCLA has taken to address antisemitism on campus, strengthen policy enforcement, and promote a welcoming campus environment. I recognize that there is more work to be done, and UCLA remains committed to advancing these essential efforts with care, accountability, and resolve.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 29th day of September 2026, at Los Angeles, California.

Dated: September 29, 2026

Respectfully submitted,

By: ______________________

Julio Frenk